September 9, 2021

Anita Jo Kinlaw Troxler
Trustee
PO Box 1720
Greensboro, NC 27402-1720

Re:   LaTonja Rondetta Fant
      Case Number # 21-10347

Dear Trustee:

I am writing to you to request that my case be dismissed.

Thank you for your attention to this matter.

Date: 9/09/2021

LaTonja Rondetta Fant

RECEIVED 8:00 A.M.
ANITA JO K. TROXLER

SEP 10 2021

CHAPTER 13 TRUSTEE
GREENSBORO NC