United States Bankruptcy Court

Middle District of North Carolina

In re:                                                                                          Case No. 21-10347-bak

LaTonja Rondetta Fant                                                                           Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0418-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 16, 2022 | Form ID: 211 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LaTonja Rondetta Fant, 8168 McClanahan Drive, Brown Summit, NC 27214-9812 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2022                               Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anita Jo Kinlaw Troxler | |
| | on behalf of Trustee Anita Jo Kinlaw Troxler  office4@chapter13gboro.com, office5@chapter13gboro.com |
| Anita Jo Kinlaw Troxler, | |
| | office@chapter13gboro.com  office5@chapter13gboro.com |
| Craig S. Haskell | |
| | on behalf of Creditor State Employees' Credit Union chaskell@nghlaw.org  gdecker@nghlaw.org;mridout@nghlaw.org |
| Stan H. Dick | |
| | on behalf of Debtor LaTonja Rondetta Fant scstevens@triad.rr.com  r57327@notify.bestcase.com |
| William P Miller | |
| | robert_e_price@ncmba.uscourts.gov |

TOTAL: 5

Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.:  21−10347

IN THE MATTER OF:
LaTonja Rondetta Fant      xxx−xx−3543
8168 McClanahan Drive
Brown Summit, NC 27214

    Debtor(s)

## FINAL DECREE

   **IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

   **ORDERED** that Anita Jo Kinlaw Troxler , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

   **ORDERED** that the above−named case be, and hereby is, closed.

Dated: 2/16/22

Benjamin A. Kahn
United States Bankruptcy Judge